JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA VELASCO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RANDSTAD INHOUSE SERVICES, LLC; WAL-MART ASSOCIATES, INC.; WALMART INC., F/K/A WAL-MART STORES, INC.; ABRAHAM ROEL; VICKY LE TRAN and DOES 1-100, inclusive<br><br>Defendants. | Case No. 2:18-cv-09262-R<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>(Los Angeles Superior Court Case No. BC716817)<br><br>Complaint Filed: August 10, 2018 |

The Court having considered the Stipulation to Dismissal Action With Prejudice, and for good cause appearing,

**IT IS HEREBY ORDERED** that this action be, and hereby is, DISMISSED WITH PREJUDICE. Each party shall bear their own fees and costs.

Dated: May 23, 2019

Hon. Manuel L. Real
United States District Court Judge